**Opinion issued April 8, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00068-CV

———————————

**SIGNAD, LTD., Appellant**

**V.**

**STAN APOSTOLO A/K/A STANELY W. APOSTOLO AND APOSTOLO & ASSOCIATES, INC., Appellees**

---

**On Appeal from the 12th District Court**
**Grimes County, Texas**
**Trial Court Case No. 035586**

---

## MEMORANDUM OPINION

Appellant, SignAd, Ltd., filed a notice of appeal from the trial court's November 14, 2024 order. On March 25, 2025, appellant filed a "Motion to Dismiss Appeal." In its motion, appellant stated that "[i]n examining the record, SignAd determined [that] the [trial court's] Summary Judgment did not resolve all issues

because there [was] a [c]ounterclaim still pending." Accordingly, there is no "final and appealable" order or judgment in the case. Appellant therefore requested that the Court dismiss the appeal. *See* TEX. R. APP. P. 42.1(a) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating whether appellees, Stan Apostolo, also known as Stanley W. Apostolo, and Apostolo & Associates, Inc., are opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days has passed, and appellees have not responded to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.